# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Guzman, Ronald A. | Northern District of Illinois | 06/04/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Status Article III Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

219 S. Dearborn St.
Chambers 1886
Chicago, Il 60604

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | State University Retirement PPD. |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Guzman, Ronald A. | 06/04/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Guzman, Ronald A. | 06/04/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | | | | | | | | | |
| 2. Franklin Federal Tax Free Inc. Fund (jt) | A | Interest | K | T | | | | | |
| 3. Walgreen Co. Common Stock (jt) | A | Dividend | K | T | | | | | |
| 4. American Capital Income Builder Mutual Stock Fund (jt) CAIBX | B | Dividend | K | T | | | | | |
| 5. (MTIPX) Morgan Stanley Instl FD Portfol A | A | Dividend | J | T | | | | | |
| 6. Invesco Comstock Class A (ACSTX) (sp) Exchange/merger | B | Dividend | J | T | | | | | |
| 7. Invesco Corp Bond Fund Class A (ACCBX) (sp) Merger/Exchange | A | Dividend | J | T | | | | | |
| 8. Invesco Mid Cap Grth Fnd Class A (sp) (VGRAX) | A | Dividend | J | T | | | | | |
| 9. Invesco Equity and Inc Class A (sp) (ACEIX) | A | Dividend | J | T | | | | | |
| 10. Invesco International Growth Fund Class A (sp) (AIIEX) | A | Dividend | J | T | | | | | |
| 11. Invesco Amer Value Class B (MSAVX) (sp) X | A | Dividend | | | Merged (with line 12) | | | | |
| 12. Invesco Amer Value Class A (MSAVX) sp | A | Dividend | J | T | | | | | |
| 13. Fidelity Advisor Small Cap A (FSCDX) | A | Dividend | J | T | | | | | |
| 14. Fidelity Advisor Mid Cap II A (FIIAX) | A | Dividend | J | T | | | | | |
| 15. Fidelity Advisor High Inc Advt Class A (FAHDX) | A | Dividend | J | T | | | | | |
| 16. Fidelity Advisor Intl Discovery A (FAIDX) | A | Dividend | J | T | | | | | |
| 17. Fidelity Advisor Emerging Mkts Inc. A (FMKAX) | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Guzman, Ronald A. | 06/04/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity Advisor New Insights A (FNIAX) | A | Dividend | J | T | | | | | |
| 19. JP Morgan Liquid Asset Fund (QDERQ) | A | Int./Div. | J | T | | | | | |
| 20. JPMorgan Chase Bank, N.A. Cash Accounts | A | Interest | N | T | | | | | |
| 21. JP Morgan Chase Bank Probate Estate Cash Acct X | A | Interest | M | T | | | | | |
| 22. CHARLES SCHWAB US REIT SCHH | A | Int./Div. | J | T | Buy | 05/15/17 | J | | |
| 23. ISHARES GOLD ETF SYMBOL: IAU | A | Int./Div. | J | T | Buy | 05/15/17 | J | | |
| 24. ISHARES HIGH YIELD CORPORAT BOND ETF SYMBOL: SHYG | A | Int./Div. | J | T | Buy | 05/15/17 | J | | |
| 25. SCHWAB EMERGING MARKETS EQUITY ETF SYMBOL: SCHE | A | Int./Div. | J | T | Buy | 05/15/17 | J | | |
| 26. SCHWAB FUNDA EMG MKTS LARGE COM ETF SYMBOL: FNDE | A | Int./Div. | J | T | Buy | 05/15/17 | J | | |
| 27. SCHWAB FUNDAMENTAL INL LARGE COM ETF SYMBOL: FNDF | A | Int./Div. | J | T | Buy | 05/15/17 | J | | |
| 28. SCHWAB FUNDAMENTAL INTL SMAL COM ETF SYMBOL: FNDC | A | Int./Div. | J | T | Buy | 05/15/17 | J | | |
| 29. SCHWAB FUNDAMENTAL US LARGE CO ETF SYMBOL: FNDX | A | Int./Div. | J | T | Buy | 05/15/17 | J | | |
| 30. SCHWAB FUNDAMENTAL US SMALL COM ETF SYMBOL: FNDA | A | Int./Div. | J | T | Buy | 05/15/17 | J | | |
| 31. SCHWAB INTERNATIONAL EQUITY ETF SYMBOL: SCHF | A | Int./Div. | J | T | Buy | 05/15/17 | J | | |
| 32. SCHWAB INTERNATNAL SMALL CAP EQY ETF SYMBOL: SCHC | A | Int./Div. | J | T | Buy | 05/15/17 | J | | |
| 33. SCHWAB US LARGE CAP ETF SYMBOL: SCHX | A | Int./Div. | J | T | Buy | 05/15/17 | J | | |
| 34. SCHWAB US SMALL CAP ETF SYMBOL: SCHA | A | Int./Div. | J | T | Buy | 05/15/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. SCHWAB US TIPS ETF SYMBOL: SCHP | A | Int./Div. | J | T | Buy | 05/15/17 | J | | |
| 36. VANECK VECTORS J P MORG EMERG MKTS LOC CURRENCY BD ETF SYMBOL: EMLC | A | Int./Div. | J | T | Buy | 05/15/17 | J | | |
| 37. VANGUARD GLBAL EX US REAL ESTATE ETF SYMBOL: VNQI | A | Int./Div. | J | T | Buy | 05/15/17 | J | | |
| 38. VANGUARD MUNI BND TAXEXEMPT ETF SYMBOL: VTEB | A | Int./Div. | K | T | Buy | 05/15/17 | K | | |
| 39. VANGUARD TOTAL INTERNATIONAL BND ETF SYMBOL: BNDX | A | Int./Div. | J | T | Buy | 05/15/17 | J | | |
| 40. SCHWAB BANK SWEEPS ACCOUNT | A | Interest | K | T | Open | 05/15/17 | K | | |
| 41. | | | | | | | | | |
| 42. | | | | | | | | | |
| 43. | | | | | | | | | |
| 44. | | | | | | | | | |
| 45. | | | | | | | | | |
| 46. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Guzman, Ronald A. | 06/04/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII

Line 11: Invesco Amer. Value Fund Class B:  This stock was converted to Class A. I have been unable to find the exact date of the conversion but the value of the investment did not change.

Line 22: JP Morgan Bank Probdate Estate Checking Account is new. The funds are for solely for paying the expenses of the estate property until the same is sold.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ronald A. Guzman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544